

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-23-00873-CV

Gerardo D. **GOMEZ**,
Appellant

v.

Bernadette M. **GOMEZ**,
Appellee

From the 225th Judicial District Court, Bexar County, Texas
Trial Court No. 2012-CI-15436
Honorable Marisa Flores, Judge Presiding

BEFORE CHIEF JUSTICE MARTINEZ, JUSTICE RODRIGUEZ, AND JUSTICE
BRISSETTE

In accordance with this court's memorandum opinion of this date, the trial court's judgment is AFFIRMED. Costs of appeal are taxed against Appellant Gerardo D. Gomez.

SIGNED December 4, 2024.

_____
Liza A. Rodriguez, Justice